THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANKFORT O. VANDERVOORT, Appellant.

*People* v. *Vandervoort*, 57 App. Div. 635, affirmed.
(Argued December 12, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 17, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Watson M. Rogers* for appellant.

*B. A. Field* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Not voting: O'BRIEN, J.

———

THE BUFFALO NATURAL GAS FUEL COMPANY, Respondent, *v.* THE BARBER ASPHALT PAVING COMPANY, Appellant.

*Buffalo Natural Gas Fuel Co.* v. *Barber Asphalt Paving Co.*, 54 App. Div, 629, affirmed.
(Argued December 16, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 15, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Irving Lester Fisk* for appellant.

*J. H. Metcalf* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN and BARTLETT, JJ. Not sitting: HAIGHT, J. Taking no part: CULLEN and WERNER, JJ.